**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JAMES MURPHY, on behalf of himself and all
other persons similarly situated,

                    Plaintiff,

-against-

THE HOME DEPOT, INC.,

                    Defendant.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/13/2021

19 CIVIL 9920 (ER)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated November 5, 2020, Home Depot's motion to dismiss is GRANTED. Murphy was to file a second amended complaint, if at all, by November 19, 2020. No amended complaint was filed within that time frame. Final judgment of dismissal is entered; accordingly, this case is closed.

**Dated:** New York, New York

       January 13, 2021

                                                          RUBY J. KRAJICK
                                                           Clerk of Court

                             BY:
                                                           Deputy Clerk